UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 03 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

|  |  |
|---|---|
| ANTONIO DE LA ROSA-RODRIGUEZ, AKA Antonio Delarosa Rodriguez,<br><br>       Petitioner,<br><br> v.<br><br>MERRICK B. GARLAND, Attorney General,<br><br>       Respondent. | No. 20-71923<br><br>Agency No. A208-084-297<br>Board of Immigration Appeals<br><br>**ORDER** |

The amicus brief submitted by Separation of Powers Clinic on April 3, 2023 is filed.

Within 7 days of this order, amicus curiae is ordered to file 18 copies of the brief in paper format with gray covers, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939. The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Janne Nicole Millare Rivera
Deputy Clerk
Ninth Circuit Rule 27-7