| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAY 17 2023 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

ANTONIO DE LA ROSA-RODRIGUEZ, AKA Antonio Delarosa Rodriguez,

        Petitioner,

 v.

MERRICK B. GARLAND, Attorney General,

        Respondent.

No. 20-71923

Agency No. A208-084-297

ORDER

Respondent's unopposed motion for a suspension of the briefing schedule and to hold this case in abeyance pending the Supreme Court's determination of whether to grant certiorari in *Wilkinson v. Garland*, No. 22-666, and, if the Supreme Court grants certiorari, until the Supreme Court issues a decision, is GRANTED (Doc. 81).

Oral argument scheduled on Thursday, June 22, 2023 at 10:00 a.m. in Seattle, Washington is VACATED. Submission is deferred.

Respondent shall notify the Court within 7 days of the Supreme Court's decision.

                              FOR THE COURT:

                              MOLLY C. DWYER<br>                              CLERK OF COURT