FILED
UNITED STATES COURT OF APPEALS
                                                                    MAR 25 2024
FOR THE NINTH CIRCUIT
                                                                    MOLLY C. DWYER, CLERK
                                                                    U.S. COURT OF APPEALS

ANTONIO DE LA ROSA-RODRIGUEZ, AKA Antonio Delarosa Rodriguez,

        Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

        Respondent.

No. 20-71923

Agency No. A208-084-297

ORDER

In its Notice in Response to the Court's May 17, 2023 Order Holding Proceedings in Abeyance, Respondent suggested that the court return this case to the three-judge panel "to decide the remaining open questions, none of which warrant en banc review." Dkt. 85 at 2. On or before March 29, 2024, Petitioner is directed to respond to the government's request. The response shall not exceed 1,000 words.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT