UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 3 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| ANTONIO DE LA ROSA-RODRIGUEZ, AKA Antonio Delarosa Rodriguez, | No. 20-71923 |
|---|---|
| Petitioner, | Agency No. A208-084-297 |
| v. | ORDER |
| MERRICK B. GARLAND, Attorney General, | |
| Respondent. | |

The court is in receipt of the Petitioner's response to Respondent's suggestion that the court refer this case to the three-judge panel. There being no objection, IT IS ORDERED that this case be referred to the original three-judge panel to decide any remaining open questions.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT