UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 22 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| ANTONIO DE LA ROSA-RODRIGUEZ, AKA Antonio Delarosa Rodriguez, | No. 20-71923 |
|---|---|
| Petitioner, | Agency No. A208-084-297 |
| v. | ORDER |
| MERRICK B. GARLAND, Attorney General, | |
| Respondent. | |

Before: WARDLAW and HURWITZ, Circuit Judges, and IMMERGUT,* District Judge.

Respondent's motion requesting the Court to reissue its decisions, **Dkt. 90,** is **DENIED**. Respondent's motion to modify the supplemental briefing schedule, **Dkt. 90,** is **GRANTED**. The schedule is amended as follows: Petitioner shall submit a supplemental opening brief in compliance with the schedule set forth in this Court's previous order, **Dkt. 89**; Respondent shall submit a supplemental answering brief within 30 days of the filing of the supplemental opening brief; and Petitioner may file an optional supplemental reply brief within 21 days of the filing of the answering brief.

---

\* The Honorable Karin J. Immergut, United States District Judge for the District of Oregon, sitting by designation.