UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 14 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ANTONIO DE LA ROSA-RODRIGUEZ, AKA Antonio Delarosa Rodriguez,

Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

No. 20-71923

Agency No. A208-084-297

ORDER

Before: WARDLAW and HURWITZ, Circuit Judges, and IMMERGUT,* District Judge.

The Court has received petitioner's death certificate. **Dkt. 107**. The petition for review is therefore dismissed as moot. Each party shall bear its own fees and costs. The copy of this order constitutes the mandate of this court.

* The Honorable Karin J. Immergut, United States District Judge for the District of Oregon, sitting by designation.